**Erin K. Olson, OSB 934776**
eolson@erinolsonlaw.com
Law Office of Erin Olson, P.C.
2014 NE Broadway St.
Portland, Oregon 97232
Phone: 503-546-3150
Fax: 503-548-4435

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| N.S., a Minor, by and through Timothy Marble, her Conservator,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN DOUGLAS ROCKETT,<br><br>Defendant. | Case No. 3:16-cv-2171-AC<br><br><br><br>**DECLARATION OF N.S. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

I, N.S., hereby declare as follows:

1. I am the plaintiff in this lawsuit.

2. In 2013 when I was fourteen years old, Steven Rockett sent me a message using Facebook and asked me to send him a photograph of my "front and back – no shy," which I knew meant that he wanted me to take a photograph of myself in a sexually suggestive pose without clothing on and to attach the photograph to a message and send it to him.

Page 1 – DECLARATION OF N.S. IN SUPPORT OF PLAINTIFF'S MOTION FOR
           SUMMARY JUDGMENT

3. Steven Rockett had sexually assaulted me and taken sexually explicit photographs of me many times when I was younger, which had caused me to experience severe emotional distress, shame, and anguish.

4. Receiving Steven Rockett's text in 2013 asking me to send him a nude photograph of myself in a sexually suggestive pose caused me severe anxiety, fear, and emotional pain.

I declare under penalty of perjury under the laws of the United States of America and the State of Oregon that the foregoing is true and correct.

EXECUTED this 29th day of April 2017.

_____
N.S.

Page 2 – DECLARATION OF N.S. IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT